UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL WROE and BERNADETTE REED, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION H-10-2933 |
| ST. LUKE'S EPISCOPAL HEALTH SYSTEM, | § § § | |
| *Defendant* | § § § § | |

### ORDER

Pending before the court is plaintiffs Cheryl Wroe's and Bernadette Reed's ("plaintiffs") motion for partial summary judgment (Dkt. 26) and defendant St. Luke's Episcopal Health System's ("defendant") cross-motion for summary judgment (Dkt. 25). Having considered the motions, related filings, and applicable law, the court is of the opinion that both of the motions should be DENIED. The court finds that there are genuine issues of material fact regarding plaintiffs' job duties. Accordingly, summary judgment is not appropriate for either party. Therefore, plaintiffs' motion for partial summary judgment is DENIED and defendant's cross-motion for summary judgment is DENIED.

It is so ORDERED.

Signed at Houston, Texas on April 17, 2012.

_____
Gray H. Miller
United States District Judge